**Order filed June 9, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00325-CV

_____

## IN THE INTEREST OF J.N.L., A CHILD

---

### On Appeal from the 257th District Court
### Harris County, Texas
### Trial Court Cause No. 2015-45052

---

## ORDER

This appeal is from an order signed January 14, 2016. Appellant filed a notice of appeal on February 8, 2016. Appellant filed an affidavit of indigence on May 12, 2016.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the official court reporter for the 257th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM